IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| Moneka Bryant, | : |
|          Plaintiff, | : |
| v. | : |
| | : Civil Action No.: _____ |
| Revenue Recovery Corporation; and DOES 1-10, inclusive, | : |
|          Defendants. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

    Moneka Bryant ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 12, 2015

Respectfully submitted,

                                                                                                     By: <u>/s/ *Curtis R. Hussey*</u>

                                                                                                     Curtis R. Hussey (HUS004)
                                                                                                     Hussey Law Firm, LLC
                                                                                                     10 N. Section Street #122
                                                                                                      Fairhope, Alabama  36532-1896
                                                                                                     Telephone:  (251) 928-1423
                                                                                                     Facsimile:  (888) 953-6237
                                                                                                     E-mail: chussey@lemberglaw.com

                                                                               *Of Counsel to*
                                                                               Lemberg Law, LLC
                                                                               A Connecticut Law Firm
                                                                               1100 Summer Street
                                                                               Stamford, CT  06905
                                                                               Telephone:  (203) 653-2250
                                                                               Facsimile:  (203) 653-3424
                                                                               Attorneys for Plaintiff:
                                                                               Moneka Bryant

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 12, 2015, a true and correct copy of the foregoing Notice of Withdrawal of Complaint and Voluntary Dismissal of Action was served electronically by the U.S. District Court for the Middle District of Alabama Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By  /s/ *Curtis R. Hussey*
                                               Curtis R. Hussey