**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 16, 2015

# NOTICE OF VOLUNTARY DISMISSAL

Re:   Moneka Bryant v. Revenue Recovery Corporation
      Civil Action No. #3:15-cv-00141-MHT

Pursuant to the Notice of Voluntary Dismissal, Doc. #6, filed by the Plaintiff on June 12, 2015 this case has been closed and removed from the docket of this court.